IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESORT ASSOCIATES, LLC D/B/A MASSAGE HEIGHTS, RONALD O'MALLEY, AND JAMES GUMINA<br><br>*Plaintiffs*<br><br>v.<br><br>PHILADELPHIA INSURANCE COMPANIES<br><br>*Defendant* | Civil Action No. 3:25-cv-01916-ZNQ-JBD<br><br><br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that on _____, or as soon thereafter as counsel may be heard, the undersigned attorney(s) for defendant/counterclaimant, Philadelphia Indemnity Insurance Company improperly pled as "Philadelphia Insurance Companies" ("Philadelphia") will move before the United States District Court for the District of New Jersey for the entry of an Order granting summary judgment in favor of Philadelphia.

PLEASE TAKE FURTHER NOTICE that in support of this motion Philadelphia relies on the attached Statement of Undisputed Material Facts pursuant to L.Civ.R. 56.1(a); Brief in Support of Motion for Summary Judgment; and Certification of Robert D. Fischer, Esquire in Support of Motion for Summary Judgment with attached exhibits.

PLEASE TAKE FURTHER NOTICE that pursuant to L.Civ.R. 7.1(e), a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that Philadelphia requests oral argument pursuant to L.Civ.R. 78.1(b).

By: *s/ Robert D. Fischer*
    _____
Robert D. Fischer, Esquire
Attorney ID No. 012092005
BODELL BOVÉ LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Tel: (215) 864-6600
Fax: (215) 864-6610
rfischer@bodellbove.com
*Attorney(s) for Defendant/Counterclaimant,*
*Philadelphia Indemnity Insurance Company*
*i/p/a "Philadelphia Insurance Companies"*

Dated: October 24, 2025

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of defendant/counterclaimant, Philadelphia Indemnity Insurance Company's Motion for Summary Judgment and related papers referenced in the Notice of Motion for Summary Judgment were served on counsel below by electronic mail on October 24, 2025.

Jack A. Traina, Esquire
Traina & Traina
162 Valley Boulevard
P.O. Box 345
Woodbridge, NJ 07075
jtrainalaw@yahoo.com
*Attorneys for Plaintiffs, Resort Associates, LLC d/b/a Massage Heights,
Ronald O'Malley, and James Gumina*

I further certify that on October 17, 2025, Jack A. Traina, Esquire consented in writing to service by electronic mail at the above address.

BODELL BOVE LLC

*s/ Robert D. Fischer, Esquire*

Robert D. Fischer, Esquire
*Attorney(s) for Defendant/Counterclaimant,
Philadelphia Indemnity Insurance Company
i/p/a "Philadelphia Insurance Companies"*

Dated: October 24, 2025